B6A (Official Form 6A) (12/07)

In re **Xeric Oil & Gas Corporation**  Case No. **10-70051-cag**
(if known)

# SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|
| SEE Attached | Vacant Underdeveloped Raw | $620,000.41 | $0.00 |

**Total:** $620,000.41

(Report also on Summary of Schedules)

## SCHEDULE A - REAL PROPERTY

| Name | Location | Status | Nature of Debtors Interest in Property Working Interest | Royalty Interest | Current Value Interest in Property | Amount of Secured Claims |
|---|---|---|---|---|---|---|
| **Montana** | | | | | | |
| Mussellshell County | | | | | | |
| 1 Butts 5-3 (3) Keg Coulee | SE NE Sec 1 T 10N R 30E | Shut In | 33.33% | None | $ 13,043.48 | $ 104,014.56 |
| 2 Butts 4 (5-4) Keg Coulee | NE SE Sec 1 T10N R30E | Shut In | 33.33% | None | $ 13,043.48 | $ 104,014.56 |
| 3 Butte 5-1 (1) Keg Coulee | NENE Sec 1 T10N R30E | Shut In | 33.33% | None | $ 13,043.48 | $ 104,014.56 |
| 4 State E-1 (4-1) Keg Coulee | SW SE Sec 36 T11N R30E | Shut In | 33.33% | None | $ 13,043.48 | $ 104,014.56 |
| 5 State 2-2 (F-2) Keg Coulee | SE SW Sec 36 T11N R30E | Shut In | 33.33% | None | $ 13,043.48 | $ 104,014.56 |
| 6 State E #2 Keg Coulee | Sec 36 T11N R30E | Active Injection | 33.33% | None | $ 13,043.48 | $ 104,014.56 |
| 7 State 1 Ragged Point | NW NW Sec 16 T11N R30E | TA Injection | 33.33% | None | $ 13,043.48 | $ 100,000.00 |
| 8 Shelhamer A-4 Ragged Point | C SE SE Sec 8 T11N R30E | TA Oil | 33.33% | None | $ 13,043.48 | $ 100,000.00 |
| 9 Goit 5-9 Ragged Point | SW SW Sec 9 T11N R30E | Shut In | 33.33% | None | $ 13,043.48 | $ 100,000.00 |
| 10 4-6 (Manion 6) Ragged Point | SE SE Sec 9 T11N R30E | Shut In | 33.33% | None | $ 13,043.48 | $ 100,000.00 |
| 11 5-8 (Goit 8) Ragged Point | SE SW Sec 9 T11N R30E | Shut In | 33.33% | None | $ 13,043.48 | $ 100,000.00 |
| 12 Goit 5-5 Ragged Point | NE SW Sec 9 T11N R30E | Shut In | 33.33% | None | $ 13,043.48 | $ 100,000.00 |
| 13 Ragged Point 5-6 Ragged Point | C NW SW Sec 9 T11N R30E | Shut In | 33.33% | None | $ 13,043.48 | $ 100,000.00 |
| 14 R. Shelhamer 1A Ragged Point | C NE SE Sec 8 T11N R30E | Shut In | 33.33% | None | $ 13,043.48 | $ 100,000.00 |
| 15 5-1 (Goit 1) Ragged Point | C SE NW Sec 9 T11N R30E | Shut In | 33.33% | None | $ 13,043.48 | $ 100,000.00 |
| 16 Goit 5-3 Ragged Point | SW NE Sec 9 T11N R30E | Shut In | 33.33% | None | $ 13,043.48 | $ 100,000.00 |
| 17 Goit 7 (5-7) Ragged Point | SW NW Sec 9 T11N R30E | Shut In | 33.33% | None | $ 13,043.48 | $ 100,000.00 |
| 18 Govt. 6-4 Keg Coulee | SW SW Sec 6 T10N R31E | Shut In | 33.33% | None | $ 13,043.48 | $ 104,014.56 |
| 19 C.P. Smith M-1 Keg Coulee | NW NW Sec 7 T10N R31E | Injection | 33.33% | None | $ 13,043.48 | $ 104,014.56 |
| 20 WTR Supply 5-1 Ragged Point | NE NW Sec 9 T11N R30E | Water Source | 33.33% | None | $ 13,043.48 | $ 100,000.00 |
| 21 Butts 5-5 (5) Keg Coulee | SE SE Sec 1 T10N R30E | Shut In | 33.33% | None | $ 13,043.48 | $ 104,014.56 |
| 22 3-3 (Smith M-3) Keg Coulee | NE NE Sec 12 T10N R30E | Shut In | 33.33% | None | $ 13,043.48 | $ 104,014.56 |
| 23 WSW #1 Keg Coulee | SE NW SE Sec 36 T11N R30E | Water Source | 33.33% | None | $ 13,043.48 | $ 104,014.56 |
| **New Mexico** | | | | | | |
| Lea County | EPQ=East Pearl Queen WPQ=West Pearl Queen SPQ=South Pearl Queen Mesa=Mesa Queen | All shut in - no pumps on well heads | | | | |
| 27 EPQ #001 | SEC 22 T19S R35E UNIT B | Injection | 100% | None | Unknown | $ 803,268.19 |
| 28 EPQ #004 | SEC 22 T19S R35E UNIT E | oil | 100% | None | Unknown | $ 803,268.19 |
| 29 EPQ #007 | SEC 22 T19S R35E UNIT J | Injection | 100% | None | Unknown | $ 803,268.19 |
| 30 EPQ #008 | SEC 22 T19S R35E UNIT K | oil | 100% | None | Unknown | $ 803,268.19 |
| 31 EPQ #009 | SEC 22 T19S R35E UNIT L | Injection | 100% | None | Unknown | $ 803,268.19 |
| 32 EPQ #011 | SEC 21 T19S R35E UNIT N | oil | 100% | None | Unknown | $ 803,268.19 |
| 33 EPQ #012 | SEC 21 T19S R35E UNIT O | oil | 100% | None | Unknown | $ 803,268.19 |
| 34 EPQ #014 | SEC 22 T19S R35E UNIT M | oil | 100% | None | Unknown | $ 803,268.19 |
| 35 EPQ #015 | SEC 22 T19S R35E UNIT N | Injection | 100% | None | Unknown | $ 803,268.19 |
| 36 EPQ #016 | SEC 22 T19S R35E UNIT O | oil | 100% | None | Unknown | $ 803,268.19 |

| # | Name | Location | Type | Interest | Other | Value | Amount | Notes |
|---|---|---|---|---|---|---|---|---|
| 37 | EPQ #018 | SEC 27 T19S R35E UNIT B | Injection | 100% | None | Unknown | $ 803,268.19 | |
| 38 | EPQ #021 | SEC 28 T19S R35E UNIT A | oil | 100% | None | Unknown | $ 803,268.19 | |
| 39 | EPQ #022 | SEC 28 T19S R35E UNIT B | Injection | 100% | None | Unknown | $ 803,268.19 | |
| 40 | EPQ #023 | SEC 28 T19S R35E UNIT G | Injection | 100% | None | Unknown | $ 803,268.19 | |
| 41 | EPQ #026 | SEC 27 T19S R35E UNIT F | Injection | 100% | None | Unknown | $ 803,268.19 | |
| 42 | EPQ #027 | SEC 27 T19S R35E UNIT G | oil | 100% | None | Unknown | $ 803,268.19 | |
| 43 | EPQ #028 | SEC 27 T19S R35E UNIT H | Injection | 100% | None | Unknown | $ 803,268.19 | |
| 44 | EPQ #029 | SEC 26 T19S R35E UNIT L | Injection | 100% | None | Unknown | $ 803,268.19 | |
| 45 | EPQ #030 | SEC 27 T19S R35E UNIT I | oil | 100% | None | Unknown | $ 803,268.19 | |
| 46 | EPQ #036 | SEC 27 T19S R35E UNIT N | Injection | 100% | None | Unknown | $ 803,268.19 | |
| 47 | EPQ #037 | SEC 27 T19S R35E UNIT O | oil | 100% | None | Unknown | $ 803,268.19 | |
| 48 | EPQ #039 | SEC 34 T19S R35E UNIT A | oil | 100% | None | Unknown | $ 803,268.19 | |
| 49 | EPQ #042 | SEC 32 T19S R35E UNIT D | Injection | 100% | None | Unknown | $ 803,268.19 | |
| 50 | EPQ #046 | SEC 34 T19S R35E UNIT H | Injection | 100% | None | Unknown | $ 803,268.19 | |
| 51 | EPQ #056 | SEC 34 T19S R35E UNIT F | oil | 100% | None | Unknown | $ 803,268.19 | |
| 52 | EPQ #057 | SEC 34 T19S R35E UNIT K | oil | 100% | None | Unknown | $ 803,268.19 | |
| 53 | EPQ #058 | SEC 27 T19S R35E UNIT H | oil | 100% | None | Unknown | $ 803,268.19 | |
| 54 | EPQ #077 | SEC 28 T19S R35E UNIT I | oil | 100% | None | Unknown | $ 803,268.19 | |
| 55 | EPQ #082 | SEC 27 T19S R35E UNIT K | oil | 100% | None | Unknown | $ 803,268.19 | |
| 56 | EPQ #084 | SEC 27 T19S R35E UNIT M | oil | 100% | None | Unknown | $ 803,268.19 | |
| 57 | EPQ #089 | SEC 34 T19S R35E UNIT D | oil | 100% | None | Unknown | $ 803,268.19 | |
| 70 | PATRON STATE #001 | SEC 8 T19S R24E UNIT I | Gas | 100% | None | Unknown | $ 803,268.19 | |
| 71 | SPQ #003 | SEC 3 T20S R35E UNIT 4 | oil | 100% | None | Unknown | $ 803,268.19 | |
| 72 | SPQ #005 | SEC 4 T20S R35E UNIT H | Injection | 100% | None | Unknown | $ 803,268.19 | |
| 73 | SPQ #006 | SEC 3 T20S R35E UNIT E | Injection | 100% | None | Unknown | $ 803,268.19 | |
| 74 | SPQ #007 | SEC 3 T20S R35E UNIT F | Injection | 100% | None | Unknown | $ 803,268.19 | |
| 75 | SPQ #008 | SEC 3 T20S R35E UNIT L | oil | 100% | None | Unknown | $ 803,268.19 | |
| 76 | SPQ #011 | SEC 4 T20S R35E UNIT K | Injection | 100% | None | Unknown | $ 803,268.19 | |
| 77 | SPQ #016 | SEC 4 T20S R35E UNIT O | oil | 100% | None | Unknown | $ 803,268.19 | |
| 78 | SPQ #017 | SEC 4 T20S R35E UNIT P | oil | 100% | None | Unknown | $ 803,268.19 | |
| 79 | SPQ #019 | SEC 3 T20S R35E UNIT N | Injection | 100% | None | Unknown | $ 803,268.19 | |
| 80 | SPQ #021 | SEC 10 T20S R35E UNIT D | Injection | 100% | None | Unknown | $ 803,268.19 | |
| 81 | SPQ #022 | SEC 9 T20S R35E UNIT A | oil | 100% | None | Unknown | $ 803,268.19 | |
| 82 | SPQ #028 | SEC 4 T20S R35E UNIT J | oil | 100% | None | Unknown | $ 803,268.19 | |
| 83 | SPQ #029 | SEC 4 T20S R35E UNIT I | oil | 100% | None | Unknown | $ 803,268.19 | |
| 84 | WPQ #103 | SEC 29 T19S R35E UNIT C | oil | 100% | None | Unknown | $ 803,268.19 | |
| 85 | WPQ #107 | SEC 28 T19S R35E UNIT F | oil | 100% | None | Unknown | $ 803,268.19 | Phoenix Environmental Has a lien |
| | WPQ #108 | SEC 28 T19S R35E UNIT F | Injection | | | | | |
| 86 | WPQ #110 | SEC 29 T19S R35E UNIT H | Injection | 100% | None | Unknown | $ 803,268.19 | Choctaw has a lien |
| 87 | WPQ #112 | SEC 29 T19S R35E UNIT F | Injection | 100% | None | Unknown | $ 803,268.19 | maybe Eunice Pump and Supply has a lien |
| 88 | WPQ #117 | SEC 29 T19S R35E UNIT K | oil | 100% | None | Unknown | $ 803,268.19 | Baker has liens on all pearls etc.... |
| 89 | WPQ #118 | SEC 29 T19S R35E UNIT J | Injection | 100% | None | Unknown | $ 803,268.19 | |
| 90 | WPQ #119 | SEC 29 T19S R35E UNIT I | Injection | 100% | None | Unknown | $ 803,268.19 | |
| 91 | WPQ #120 | SEC 28 T19S R35E UNIT L | Injection | 100% | None | Unknown | $ 803,268.19 | |
| 92 | WPQ #121 | SEC 28 T19S R35E UNIT K | Injection | 100% | None | Unknown | $ 803,268.19 | |
| 93 | WPQ #122 | SEC 28 T19S R35E UNIT J | Injection | 100% | None | Unknown | $ 803,268.19 | |

| # | Well | Location | Status | Interest | | Value | | Value 2 |
|---|---|---|---|---|---|---|---|---|
| 94 | WPQ #124 | SEC 28 T19S R35E UNIT O | Injection | 100% | None | Unknown | $ | 803,268.19 |
| 95 | WPQ #125 | SEC 28 T19S R35E UNIT N | Injection | 100% | None | Unknown | $ | 803,268.19 |
| 96 | WPQ #126 | SEC 28 T19S R35E UNIT M | Injection | 100% | None | Unknown | $ | 803,268.19 |
| 97 | WPQ #127 | SEC 29 T19S R35E UNIT P | Injection | 100% | None | Unknown | $ | 803,268.19 |
| 98 | WPQ #128 | SEC 29 T19S R35E UNIT O | Injection | 100% | None | Unknown | $ | 803,268.19 |
| 99 | WPQ #129 | SEC 29 T19S R35E UNIT N | Injection | 100% | None | Unknown | $ | 803,268.19 |
| 100 | WPQ #130 | SEC 29 T19S R35E UNIT M | oil | 100% | None | Unknown | $ | 803,268.19 |
| 101 | WPQ #134 | SEC 31 T19S R35E UNIT B | Injection | 100% | None | Unknown | $ | 803,268.19 |
| 102 | WPQ #135 | SEC 31 T19S R35E UNIT A | oil | 100% | None | Unknown | $ | 803,268.19 |
| 103 | WPQ #140 | SEC 33 T19S R35E UNIT D | Injection | 100% | None | Unknown | $ | 803,268.19 |
| 104 | WPQ #143 | SEC 33 T19S R35E UNIT A | Injection | 100% | None | Unknown | $ | 803,268.19 |
| 105 | WPQ #153 | SEC 31 T19S R35E UNIT G | oil | 100% | None | Unknown | $ | 803,268.19 |
| 106 | WPQ #154 | SEC 31 T19S R35E UNIT F | oil | 100% | None | Unknown | $ | 803,268.19 |
| 107 | WPQ #163 | SEC 33 T19S R35E UNIT D | oil | 100% | None | Unknown | $ | 803,268.19 |
| 108 | WPQ #164 | SEC 32 T19S R35E UNIT F | oil | 100% | None | Unknown | $ | 803,268.19 |
| 109 | WPQ #167 | SEC 29 T19S R35E UNIT O | oil | 100% | None | Unknown | $ | 803,268.19 |
| 110 | WPQ #169 | SEC 28 T19S R35E UNIT N | oil | 100% | None | Unknown | $ | 803,268.19 |
| 111 | WQP #170 | SEC 32 T19S R35E UNIT C | oil | 100% | None | Unknown | $ | 803,268.19 |
| 112 | WPQ #180 | SEC 28 T19S R35E UNIT K | oil | 100% | None | Unknown | $ | 803,268.19 |
| 113 | WPQ #182 | SEC 29 T19S R35E UNIT I | oil | 100% | None | Unknown | $ | 803,268.19 |
| 114 | WPQ #190 | SEC 29 T19S R35E UNIT I | oil | 100% | None | Unknown | $ | 803,268.19 |
| 115 | WPQ #191 | SEC 28T19S R35E UNIT M | oil | 100% | None | Unknown | $ | 803,268.19 |
| 116 | WPQ #192 | SEC 28 T19S R35E UNIT J | oil | 100% | None | Unknown | $ | 803,268.19 |
| 117 | WPQ #193 | SEC 28 T19S R35E UNIT N | oil | 100% | None | Unknown | $ | 803,268.19 |
| 118 | WPQ #195 | SEC 29 T19S R35E UNIT O | oil | 100% | None | Unknown | $ | 803,268.19 |
| 119 | WPQ #202 | SEC 32 T19S R35E UNIT B | oil | 100% | None | Unknown | $ | 803,268.19 |
| 120 | WPQ #204 | SEC 33 T19S R35E UNIT D | oil | 100% | None | Unknown | $ | 803,268.19 |
| 121 | WPQ #205 | SEC 33 T19S R35E UNIT C | oil | 100% | None | Unknown | $ | 803,268.19 |
| 122 | WPQ #220 | SEC 28 T19S R35E UNIT E | oil | 100% | None | Unknown | $ | 803,268.19 |
| 123 | WPQ #301 | SEC 31 T19S R35E UNIT H | oil | 100% | None | Unknown | $ | 803,268.19 |
| | **Wyoming** | | | | | | | |
| | Sweetwater County | | | | | | | |
| 124 | Windmill Draw Federal W-19980 #001 | NW SE SEC 14 T15N R94W | Shut In | 33.33% | None | $ 106,666.67 | | |
| 125 | Windmill Draw Federal W-19879 #003 | NW SE SEC 12 T15N R94W | Producing Gas | 33.33% | None | $ 106,666.67 | $ | 86,244.37 |
| 126 | Windmill Draw Federal W-16658 #004 | C SE SEC 1 T15N R94W | Producing Gas | 33.33% | None | $ 106,666.67 | $ | 86,244.37 |